UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN ZINNAMON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>FRIAR TUX SHOP,<br><br>        Defendant. | 1:22-cv-05719 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint request by letter dated September 29, 2022 for an extension of time. *See* ECF No. 8. IT IS HEREBY ORDERED that the deadline for the parties to file their joint status letter, pursuant to the Court's Order dated September 16, 2022, is extended to **November 1, 2022**. The deadline for Defendant to respond to the Complaint is extended to **November 10, 2022.**

  IT IS FURTHER ORDERED that, within thirty (30) days of the date of this Order, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

  IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of the date of this Order), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

  In light of the foregoing, the dates and deadlines in the Court's July 7, 2022 Order (ECF No. 5) are hereby adjourned.

Dated: September 30, 2022
    New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge